Michele R. Stafford, Esq. (SBN 172509)
George R. Nemiroff (SBN 262058)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: gnemiroff@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
and Welfare Trust Fund For Northern California, et al.,

David Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
Facsimile: (209) 579-9420
Email: david@johnstonbusinesslaw.com

Attorneys for Defendant Central Valley Construction

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL VALLEY CONSTRUCTION, a California corporation; <br><br> Defendant. | Case No.: 17-cv-02365-KAW <br><br> **STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER THEREON** AS MODIFIED <br><br> Magistrate Judge: Kandis A. Westmore |

The parties in the above-titled action hereby stipulate and respectfully request that the mediation deadline, currently scheduled for October 11, 2017, be continued for approximately ninety to one-hundred and twenty (90-120) days. Good cause exists for the granting of a continuance, as follows:

1
STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER THEREON
C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\Stipulation to Continue Mediation Deadline.docx   Case No.: C17-02365KAW

1. As the Court's records will reflect, on July 12, 2017, the parties in this matter filed a Stipulation agreeing to participate in mediation (Dkt. #13).

2. On July 17, 2017, the Court issued an Order ("Order") referring this matter to mediation (Dkt. #14). Pursuant to the Order, the deadline for the parties to complete mediation is October 11, 2017.

3. On August 15, 2017, the Court issued a Notice appointing Geoffrey White as mediator (Dkt. #17).

4. On August 28, 2017, the parties participated in a pre-mediation conference call with Mr. White whereby the participants concluded that a mediation date would be set after the parties had a further opportunity to meet and confer.

5. The parties' efforts have thus far been successful as Defendant has contacted Plaintiffs' auditors and scheduled an audit appointment for October 26, 2017.

6. If the audit does not go forward, the parties will likely need to enlist the help of the mediator in order to resolve any disputes. Mr. White has volunteered his services, in the context of the court-appointed mediation, as a discovery referee.

7. If the audit does go forward on October 26, 2017 as scheduled, the auditors thereafter will need additional time to review the information and generate their report.

8. Accordingly, there is nothing to mediate at the current time and the parties therefore request an extension of the mediation deadline to resolve this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2
STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER THEREON
C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\Stipulation to Continue Mediation Deadline.docx    Case No.: C17-02365KAW

9. Therefore, the parties hereby stipulate and respectfully request that the mediation deadline, currently set for October 11, 2017, be continued for approximately ninety to one-hundred and twenty (90-120) days to allow the audit to go forward and be completed prior to mediating the case.

Dated: September 27, 2017        SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
George R. Nemiroff, Esq.
Attorneys for Plaintiffs Health and
Welfare Trust Fund for Northern California et. al

Dated: September 27, 2017

By: _____/S/_____
David Johnston, Esq.
Attorney for Defendants Central Valley
Construction

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set mediation deadline is hereby continued to __2/9/18__, and all related deadlines are extended accordingly. The case management conference scheduled for 10/17/17 is continued to 3/6/18.

Date: __9/29/17__        _____
JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **ATTESTATION CERTIFICATE** |
| 2 | In accord with the Northern District of California's Civil Local Rule 5-1, I attest that |
| 3 | concurrence in the filing of this document has been obtained from each of the other signatories |
| 4 | who are listed on the signature page. |

Dated: September 27, 2017

By: _____/S/_____
George R. Nemiroff, Esq.
Attorneys for Plaintiffs