Michele R. Stafford, Esq. (SBN 172509)
George R. Nemiroff (SBN 262058)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: gnemiroff@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
and Welfare Trust Fund For Northern California, et al.,

David Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
Facsimile: (209) 579-9420
Email: david@johnstonbusinesslaw.com

Attorneys for Defendant Central Valley Construction

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL VALLEY CONSTRUCTION, a California corporation; <br><br> Defendant. | Case No.: 17-cv-02365-KAW <br><br> **STIPULATION TO CONTINUE MEDIATION DEADLINE; [~~PROPOSED~~] ORDER THEREON** <br><br> Magistrate Judge: Kandis A. Westmore |

The parties in the above-titled action hereby stipulate and respectfully request that the mediation deadline, currently scheduled for February 9, 2018, be continued for approximately ninety to one-hundred and twenty (90-120) days. Good cause exists for the granting of a continuance, as follows:

1. As the Court's records will reflect, on July 12, 2017, the parties in this matter filed a Stipulation agreeing to participate in mediation (Dkt. #13).

2. On July 17, 2017, the Court issued an Order ("Order") referring this matter to mediation (Dkt. #14). Pursuant to the Order, the deadline for the parties to complete mediation was October 11, 2017.

3. On August 15, 2017, the Court issued a Notice appointing Geoffrey White as mediator (Dkt. #17).

4. On August 28, 2017, the parties participated in a pre-mediation conference call with Mr. White whereby the participants concluded that a mediation date would be set after the parties had a further opportunity to meet and confer.

5. The parties' efforts were successful as Defendant has contacted Plaintiffs' auditors and scheduled an audit appointment for October 26, 2017.

6. The employer thereafter complied by having the audit appointment and providing the auditors with documentation necessary to conduct the audit.

7. The parties have been in continued communication in an effort to obtain the additional documents necessary to complete the audit. However to date, the additional documents remain outstanding and the parties are meeting and conferring regarding their production. Compliance by Defendants is anticipated. Upon receipt of said documents, the auditors will require additional time to review the information and incorporate it into their audit report.

8. Accordingly, there is nothing to mediate at the current time and the parties therefore request an extension of the mediation deadline to resolve this matter. Upon completion of the audit, the parties anticipate utilizing Mr. White's services as a mediator.

///
///
///
///
///
///
///
///

9. Therefore, the parties hereby stipulate and respectfully request that the mediation deadline, currently set for February 9, 2018, be continued for approximately ninety to one-hundred and twenty (90 to 120) days to allow the audit to go forward and be completed prior to mediating the case.

Dated: February 9, 2018     SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
George R. Nemiroff, Esq.
Attorneys for Plaintiffs Health and Welfare Trust Fund for Northern California et. al

Dated: February 9, 2018

By: _____/S/_____
David Johnston, Esq.
Attorney for Defendants Central Valley Construction

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set mediation deadline is hereby continued to __6/14/18_____, and all related deadlines are extended accordingly.

Date: __2/14/18_____    _____Kandis Westmore_____
JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: February 9, 2018

By: _____/S/_____
George R. Nemiroff, Esq.
Attorneys for Plaintiffs