UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION,<br><br>Defendant. | Case No. 4:17-cv-02365-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 43 |

On June 14, 2019, Plaintiffs filed a motion for sanctions pertaining to Defendant's purported failure to comply with court-ordered discovery. (Dkt. No. 43.) Pursuant to Civil Local Rule 7-3(a), Defendant's opposition was due 14 days after the motion was filed, which was June 28, 2019.

To date, Defendant has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Defendant is ordered, on or before July 10, 2019, 1) to file an opposition or statement of non-opposition to the motion for sanctions, and 2) to file a response to this order to show cause explaining why it did not file a timely opposition. Should an opposition be filed, Plaintiffs may file a reply on or before July 17, 2019.

IT IS SO ORDERED.

Dated: July 3, 2019

KANDIS A. WESTMORE
United States Magistrate Judge