UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION,<br><br>Defendant. | Case No. 4:17-cv-02365-KAW<br><br>AMENDED ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE; ORDER SETTING HEARING ON ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 59 |

On August 27, 2019, the Court held a case management conference, where **Defendant** did not appear.

Accordingly, **defense** counsel, David Johnston, is ORDERED TO SHOW CAUSE, in writing, by no later than **September 9, 2019**, why he should not pay monetary sanctions in the amount of $500 for his failure to appear at the case management conference. Mr. Johnston is also ordered to address whether he is able to provide continued representation given the personal hardships that he is currently undergoing.

Additionally, the Court sets a hearing on the order to show cause for October 17, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 29, 2019

KANDIS A. WESTMORE
United States Magistrate Judge