UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION,<br><br>Defendant. | Case No. 4:17-cv-02365-KAW<br><br>**THIRD ORDER TO SHOW CAUSE TO DEFENSE COUNSEL DAVID JOHNSTON**<br><br>Re: Dkt. Nos. 73, 74 |

On December 9, 2019, sanctions were personally imposed on defense counsel David C. Johnston in the amount of $6,240.39. (Dkt. No. 73 at 9.) Mr. Johnston was given 60 days, or until February 7, 2020, to remit payment to Plaintiffs. *Id.* On April 13, 2020, Plaintiffs filed a request for a telephone conference, because Mr. Johnston still has not paid the sanctions imposed, and he failed to respond to their email attempt regarding payment. (Dkt. No. 74 at 2.)

In light of the foregoing, Mr. Johnston is ORDERED TO SHOW CAUSE by **May 8, 2020** why he did not timely pay the sanctions imposed, why he did not respond to Plaintiff's email communication, the status on the substitution of counsel for his client, and why he should not be referred to the Northern District's Standing Committee on Professional Conduct for his repeated failures to comply with court deadlines, orders, and appearances.  Mr. Johnston shall also personally pay the entire amount of sanctions by May 8, 2020.

IT IS SO ORDERED.

Dated: April 27, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge