United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION,<br><br>Defendant. | Case No. 4:17-cv-02365-KAW<br><br>**RENEWED FOURTH ORDER TO SHOW CAUSE TO DAVID C. JOHNSTON**<br><br>Re: Dkt. No. 84 |

On July 24, 2020, the Court issued a fourth order to show cause to former defense counsel David C. Johnston, and ordered current defense counsel to provide Mr. Johnston with a copy of that order. (Dkt. No. 84.) At the August 25, 2020 case management conference, the Court instructed new counsel to serve a copy of the order on prior counsel, who is his father, within 7 days. (Civil Minutes, Dkt. No. 89.) Current counsel informed the Court that he would do so immediately.

Accordingly, the Court sets a deadline of **September 11, 2020** by which David C. Johnston shall respond to the fourth order to show, which is also attached to this order.

Finally, current counsel Anthony Johnston is ordered to immediately serve a copy of this order on David C. Johnston.

IT IS SO ORDERED.

Dated: September 4, 2020

KANDIS A. WESTMORE
United States Magistrate Judge

# Attachment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION,<br><br>Defendant. | Case No. 4:17-cv-02365-KAW<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR TELEPHONIC STATUS CONFERENCE; FOURTH ORDER TO SHOW CAUSE TO DAVID C. JOHNSTON**<br><br>Re: Dkt. Nos. 81, 82 |

On December 9, 2019, sanctions were personally imposed on defense counsel David C. Johnston in the amount of $6,240.39. (Dkt. No. 73 at 9.) Mr. Johnston was given 60 days, or until February 7, 2020, to remit payment to Plaintiffs. *Id.* On April 13, 2020, Plaintiffs filed a request for a telephone conference, because Mr. Johnston had not paid the sanctions imposed, and he had failed to respond to their email attempt regarding payment. (Dkt. No. 74 at 2.)

On April 27, 2020, Mr. Johnston was ordered to show cause why he did not timely pay the sanctions imposed, why he did not respond to Plaintiff's email communication, the status on the substitution of counsel for his client, and why he should not be referred to the Northern District's Standing Committee on Professional Conduct for his repeated failures to comply with court deadlines, orders, and appearances. (Dkt. No. 76.) Mr. Johnston was also ordered to personally pay the entire amount of sanctions by May 8, 2020. *Id.*

On May 7, 2020, Defendant filed a motion to substitute attorney, which was granted. (Dkt. Nos. 77 & 80.) On May 8, 2020, Mr. Johnston filed a response to the third order to show cause. (Dkt. No. 79.) He explained that did not pay the $6,240.39 in sanctions, because he has not had that amount of money since the sanctions were imposed. *Id.* at 2. Mr. Johnston has offered to pay

$1000 and to pay the balance once he receives his Paycheck Protection Program loan. *Id.* at 3. He further explained that he is preparing to retire, that this was the only case he had pending in the Northern District, and that he would be resigning his admission to practice in this court.

On June 17, 2020, the Court discharged the third order to show cause, and ordered Mr. Johnston to pay Plaintiffs $1000 within 14 days of the order, and then $500 by the 15th of the month, beginning in July 2020, and for every month thereafter until the balance was paid in full. (Dkt. No. 81 at 2.) The Court declined to refer Mr. Johnston to the Standing Committee on Professional Conduct, because he stated that he would be resigning his admission to practice in the Northern District. *Id.*

## ORDER DENYING REQUEST FOR TELEPHONIC STATUS CONFERENCE

On July 17, 2020, Plaintiffs filed a second request for telephonic status conference because Mr. Johnston had not made the required payments on July 1, 2020 and July 15, 2020. (Pls.' Mot. at 2.) The Court DENIES Plaintiffs' request for a telephonic status conference.

## FOURTH ORDER TO SHOW CAUSE

Notwithstanding, the Court notes that Mr. Johnston has not resigned his admission to practice in the Northern District as promised, and that he is still an active member of the State Bar of California.

Accordingly, Mr. Johnston is ORDERED TO SHOW CAUSE within 14 days of this order why he has not made the payments as ordered, and why he should not be referred for disciplinary proceedings to the Standing Committee on Professional Conduct and the State Bar of California for his repeated failure to comply with court deadlines, orders, and appearances.

Current defense counsel shall provide Mr. Johnston with a copy of this order.

IT IS SO ORDERED.

Dated: July 24, 2020

KANDIS A. WESTMORE
United States Magistrate Judge

2